IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

CLB CORPORATION and LEONARD
J. CERNAK                                                PLAINTIFFS

VS.   CASE NO. 07-2131

LANDON GREENE and STEVE
GREENE                                                     DEFENDANTS

## ORDER OF DISMISSAL

Comes on for consideration this __21st__ day of October, 2008, the Motion to Dismiss filed herein by the Plaintiffs, CLB Corporation and Leonard J. Cernak, and the Court, being well and sufficiently advised in the premises, finds as follows:

1. The parties have entered into a compromise settlement of all issues of fact and law herein, and the claims of all parties should therefore be dismissed with prejudice.

IT IS THEREFORE ORDERED that the Complaint of the Plaintiffs, CLB Corporation and Leonard J. Cernak, and the Counterclaims styled "Crossclaims" of Landon Greene and Steve Greene are hereby dismissed with prejudice as to any future action, and each party shall be responsible for his own attorney's fees and costs.

_____
U.S. DISTRICT JUDGE

APPROVED:

_____
Mark Moll, Attorney for Plaintiffs

_____
Fred E. Stoops, Sr., Attorney for Defendants

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

OCT 2 1 2008

CHRIS R. JOHNSON, CLERK
BY
      DEPUTY CLERK